IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY WAYNE GENTRY, | ) | No. C 12-5148 LHK (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| UNKNOWN, | ) | |
| Respondent. | ) | |

On October 3, 2012, Petitioner, a state prisoner proceeding *pro se*, filed a letter requesting forms and indicating that he wished to file a federal writ of habeas corpus. The same day, the Clerk notified Petitioner that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified Petitioner that he failed to submit a complete petition. Along with the deficiency notices, Petitioner was advised that his failure to file a complete petition within thirty days would result in the dismissal of this action. On October 29, 2012, Petitioner filed an incomplete IFP application. To date, Petitioner has not filed a federal habeas petition. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED: 11/15/12

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Gentry148dispet.wpd